Ross M. Mumme, Esq. #029956
Staff Attorney for Edward J. Maney
Chapter 13 Trustee
101 N. 1st Ave., #1775
Phoenix, Arizona 85003
(602) 277-3776
rmumme@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>WILLIAM J EDWARDS,<br><br>Debtor. | In Proceedings Under Chapter 13<br><br>Case No. 2:22-bk-03857-BKM<br><br>**MOTION TO VACATE HEARING**<br><br>Hearing Date: January 11, 2023<br>Hearing Time: 10:30 a.m. |

Edward J. Maney, Chapter 13 Trustee, by and through undersigned counsel, hereby requests the Court vacate the Status Hearing, scheduled for **January 11, 2023 at 10:30 a.m.** Debtor has cured the deficiency with the Stipulated Order Confirming Chapter 13 Plan and the hearing is no longer necessary. Counsel for Debtors has been contacted and has no objection to vacating this hearing.

Wherefore, the Trustee respectfully requests that the hearing in this matter be vacated.

Dated: See Electronic Signature.

                                        EDWARD J. MANEY
                                        CHAPTER 13 TRUSTEE

                                        _____
                                        Ross M. Mumme, Esq. AZ Bar #029956
                                        Staff Attorney for Edward J. Maney

-1-

COPIES of the foregoing sent via Notice of Electronic Filing from the Court's CM/ECF system*, and via US Mail and electronic mail where indicated, to the following recipients on [See Electronic Signature]:

*Thomas Adams McAvity, Esq.

_____
Ross M. Mumme, Esq.

-2-

Case 2:22-bk-03857-BKM    Doc 20    Filed 01/09/23    Entered 01/09/23 15:52:23    Desc
Main Document    Page 2 of 2