Edward J. Maney, Trustee
101 N. 1ˢᵗ Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| WILLIAM J EDWARDS | Case No. 2:22-bk-03857-BKM |
| Debtor(s) | TRUSTEE'S OBJECTION TO PROOF OF CLAIM AND NOTICE THEREON CLAIM #: 001 |

COMES NOW Edward J. Maney, the Trustee of the above-captioned estate, and objects to the following claim:

        No:             001
        Name:        Ford Motor Credit Company
        Address:     c/o Kenneth W. Seidberg, Esq.
                         P.O. Box 7290
                         Phoenix, AZ 85011-
        Acct No:

Upon the following grounds:

The Trustee does not have a vaild address for the Creditor nor has the Creditor filed a change of address, Notice of Transfer and/or Amended Proof of Claim with the Court.

Therefore, the Trustee recommends above-mentioned claim be disallowed.

NOTICE IS GIVEN that the above claim is disallowed unless on or before April 24, 2026, (30 days from mailing) the creditor EITHER:

        1.  Provides the Trustee with an updated mailing address;

2. Files an Amended Proof of Claim or Notice of Transfer with the Bankruptcy Court for the District of Arizona.

Dated: See Electronic Signature

EDWARD J. MANEY
CHAPTER 13 TRUSTEE


By:_____
Edward J. Maney ABN 12256
Chapter 13 Trustee
101 North First Avenue, Suite 1775
Phoenix, AZ 85003
(602) 277-3776
ejm@maney13trustee.com

CERTIFICATE OF MAILING FOR CASE NO. 2:22-03857-BKM

Copies of the foregoing mailed on (see electronic signature) to the following:

Attorney for Debtor(s):
Phoenix Fresh Start
Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076-2780

Debtor(s):
WILLIAM J EDWARDS
200 RIM ROCK DR
LEANDER, TX. 78641-

,

Creditor:
Ford Motor Credit Company
c/o Kenneth W. Seidberg, Esq.
P.O. Box 7290
Phoenix, AZ 85011-

By:_____
     Trustee's Clerk